UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRDNA, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VACATIONFUTURES, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-04739-JSW<br><br>**ORDER TO SHOW CAUSE** |

On January 4, 2023, this Court issued an order requiring the parties to submit a joint updated status report by no later than January 17, 2023. The Court has not received any filing from the parties. Accordingly, the Court HEREBY ISSUES this order to show cause why monetary sanctions or other sanctions up to and including dismissal of the case should not be imposed. The parties shall file a written response to this order to show cause by no later than March 10, 2023.

**IT IS SO ORDERED.**

Dated: February 28, 2023

_____
JEFFREY S. WHITE
United States District Judge